**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY YIUN, | Case No. CV-19-282-R |
| Plaintiff(s), | |
| v. | **ORDER OF DISMISSAL BY LACK OF PROSECUTION** |
| TJ PARK INC., et al., | |
| Defendant(s). | |

Plaintiff was ordered to show cause in writing by not later than **June 21, 2019** why this action should not be dismissed for lack of prosecution;

WHEREAS, this period has elapsed without any action by plaintiff.

The Court hereby DISMISSES this instant action for lack of prosecution.

Dated: June 24, 2019

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE